**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ALETHIA WILLIAMS,

      Plaintiff,

      v.

THE UNITED STATES OF AMERICA,

      Defendant.

CIVIL ACTION NO.: 4:26-cv-26

**O R D E R**

Before the Court is "Plaintiff's Consent Motion for Voluntary Dismissal With Prejudice," signed and filed by counsel for Plaintiff.  (Doc. 15.)  Plaintiff states that the Motion is made with Defendant's consent and that the parties agree that, upon dismissal, each party will bear its own attorneys' fees, costs and expenses.  (Id. at pp. 1, 2.)   Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Court **GRANTS** Plaintiff's Motion and **DISMISSES** this case **WITH PREJUDICE**, with each party to bear its own attorneys' fees, costs and expenses.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 11th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA